IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   vs.<br><br>EVERETT E. DUGDALE,<br><br>            Defendant. | Case Number: 8:14CB7-TDT<br>Violation Number: 1753724-NE14<br><br>**ORDER** |

On the motion of the United States Attorney's Office (Filing No. 26), the above-referenced matter is hereby dismissed without prejudice.

ORDERED this 8th day of August, 2014.

**BY THE COURT:**

**s/ Thomas D. Thalken**
**United States Magistrate Judge**